Dale A. Ortmann, Esq., SBN 094226
Joseph J. Huprich, Esq., SBN 195231
HUNT ORTMANN PALFFY NIEVES
LUBKA DARLING & MAH, INC.
301 North Lake Avenue, 7th Floor
Pasadena, California 91101-1807
Phone: (626) 440-5200   Fax: (626) 796-0107

Attorneys for Plaintiff Shamrock Plumbing, LLC, a
Utah limited liability company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of SHAMROCK PLUMBING, LLC, SHAMROCK PLUMBING, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>Defendants. | CASE NO. 1:08-CV-00602-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Shamrock Plumbing, LLC, and Defendants St. Paul Fire And Marine Insurance Company and Liberty Mutual Insurance Company, jointly submit the following stipulation:

This Stipulation is entered into as a consequence of a written Settlement, Release and Assignment agreement between Plaintiff and Defendants, which was made and entered into, effective January 28, 2009.

Accordingly, IT IS HEREBY STIPULATED by Plaintiff and Defendants that, subject to the approval and order of this Court, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, the present action shall be dismissed without prejudice.

All parties shall bear their own costs and attorneys fees in the action.

                                            Respectfully submitted,

Dated: _____, 2009      HUNT ORTMANN PALFFY NIEVES
                                            LUBKA DARLING & MAH, INC.

By
            /s/_____
        JOSEPH J. HUPRICH
Attorneys for Plaintiff Shamrock Plumbing, LLC

Dated: _____, 2009      WOLKIN CURRAN, LLP

By
           /s/_____
        Kristin Kerr, Esq.
Attorneys for Liberty Mutual Insurance Company

Dated: _____, 2009      McNEIL SILVEIRA RICE & WILEY

By
           /s/_____
        MARK J. RICE
Attorneys for Defendant St. Paul Fire and Marine Insurance Company, a Minnesota corporation (now known as Travelers Insurance Company)

**ORDER**

Good cause appearing therefore, the Court approves the foregoing stipulation for dismissal. Accordingly, the present action is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: 3/2/2009               /s/ OLIVER W. WANGER
                              Honorable Oliver W. Wanger
                              United States District Court Judge

HUNT ORTMANN PALFFY NIEVES LUBKA DARLING & MAH, INC.
301 NORTH LAKE AVENUE, 7TH FLOOR
PASADENA, CALIFORNIA 91101-1807
Phone (626) 440-5200 • Fax (626) 796-0107

216897.1 JHUPRICH 3471.002

3

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 301 North Lake Avenue, 7th Floor, Pasadena, California 91101-1807.

On March 3, 2009, I served the following document(s) described as **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused a copy of the document(s) to be sent to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 3, 2009, at Pasadena, California.

        /s/
Nancy Aguayo

216897.1 JHUPRICH 3471.002

**SERVICE LIST**
**Shamrock Plumbing, LLC, et al. v. St. Paul Fire and Marine Insurance Company, et al.**
**United States District Court Case No. 1:08-CV-00602-OWW-DLB (Eastern District)**
(rev. 9/3/08:na)

| | |
|---|---|
| Mark J. Rice, Esq.<br>McNeil, Silveira, Rice & Wiley<br>55 Professional Center Parkway, Suite A<br>San Rafael, CA  94903<br><br>Telephone:    (415) 472-3434<br>Facsimile:    (415) 472-1298 | Attorneys for Defendant St. Paul Fire and Marine Insurance Company, a Minnesota corporation (now known as Travelers Insurance Company) |
| Kristin Kerr, Esq.<br>Wolkin Curran, LLP<br>555 Montgomery Street, Suite 1100<br>San Francisco, CA  94111<br><br>Telephone:    (415) 982-9390<br>Facsimile:    (415) 892-4328<br><br>e-mail:    kkerr@wolkincurran.com | Attorneys for Liberty Mutual Insurance Company |

216897.1 JHUPRICH 3471.002

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE